NANCY E. PRITIKIN, Bar No. 102392
nepritikin@littler.com
NIMA RAHIMI, Bar No. 295173
nrahimi@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendants
UNITED CONTINENTAL HOLDINGS, INC.,
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY TUKAY,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED CONTINENTAL HOLDINGS, INC., UNITED AIRLINES, INC., DOES 1 TO 20,<br><br>            Defendants. | Case No.<br><br>**DEFENDANTS UNITED CONTINENTAL HOLDINGS, INC., UNITED AIRLINES, INC.'S NOTICE OF RELATED CASES**<br><br>Complaint Served:  August 7, 2014<br>Trial Date: None Set |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Case No.

NOTICE OF RELATED CASES

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Local Rule 3-12 for the United States District Court for the Northern District of California, Defendants UNITED CONTINENTAL HOLDINGS, INC., UNITED AIRLINES, INC., hereby aver that:

1. To Defendants' knowledge, there is one action that has been previously filed and that is currently pending in the Northern District of California and which appears to arise from the same or a closely related transaction, happening or event as in the pending lawsuit of Plaintiff;

2. To Defendants' knowledge, there is one action that has been previously filed and that is currently pending in the Northern District of California and which would entail substantial duplication of labor if heard by different judges as Plaintiff's pending lawsuit.

3. The lawsuit described above is: *Henry Tukay v. International Brotherhood of Teamsters Local 856/986, et al.*, Case No. 14-cv-01906-DMR. This case is before Hon. Donna M. Ryu of the Northern District of California.

4. To Defendants' knowledge, no other action previously filed or currently pending in the Northern District appears to involve some of the same parties or appears to be based on the same or similar claims as in the pending lawsuit; no other action previously filed or currently pending in the Northern District appears to involve the same property, transaction, or event as Plaintiff's pending lawsuit; and no other action previously filed or currently pending in the Northern District appears to involve substantially the same facts or the same questions of law as Plaintiff's pending lawsuit.

Dated: September 26, 2014

/s/ NANCY E. PRITIKIN
NANCY E. PRITIKIN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UNITED CONTINENTAL HOLDINGS, INC.,
UNITED AIRLINES, INC.

Firmwide:129041275.1 052664.1111

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1. Case No.
NOTICE OF RELATED CASES