| | |
|---|---|
| 1 | NANCY E. PRITIKIN, Bar No. 102392 |
| | nepritikin@littler.com |
| 2 | NIMA RAHIMI, Bar No. 295173 |
| | nrahimi@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 650 California Street, 20th Floor |
| 4 | San Francisco, California  94108.2693 |
| | Telephone:    415.433.1940 |
| 5 | Facsimile:    415.399.8490 |
| 6 | Attorneys for Defendants |
| | UNITED CONTINENTAL HOLDINGS, INC., |
| 7 | UNITED AIRLINES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HENRY TUKAY, | | Case No. |
| | Plaintiff, | **DEFENDANT UNITED AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PRO. 7.1** |
| v. | | |
| UNITED CONTINENTAL HOLDINGS, INC., UNITED AIRLINES, INC., DOES 1 TO 20, | | Complaint Served:  August 7, 2014 (San Mateo County Superior Court) |
| | Defendants. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Case No.

DISCLOSURE STATEMENT

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF, AND HIS ATTORNEY OF RECORD**:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant UNITED AIRLINES, INC. ("United") submits the following corporate disclosure statement:

Defendant United is a wholly-owned subsidiary of United Continental Holdings, Inc. (a Delaware Corporation). To Defendant's knowledge and based on securities law disclosures, no single fund or entity owns 10% or more of United Continental Holdings, Inc.'s common stock absent beneficial ownership attribution rules.

Dated: September 26, 2014

/s/ NANCY E. PRITIKIN
NANCY E. PRITIKIN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UNITED CONTINENTAL HOLDINGS, INC.,
UNITED AIRLINES, INC.

Firmwide:128666805.1 052664.1111

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1.
DISCLOSURE STATEMENT

Case No.