NANCY E. PRITIKIN, Bar No. 102392
nepritikin@littler.com
NIMA RAHIMI, Bar No. 295173
nrahimi@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
UNITED CONTINENTAL HOLDINGS, INC.,
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY TUKAY,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED CONTINENTAL HOLDINGS, INC., UNITED AIRLINES, INC. and DOES 1 to 20, inclusive,<br><br>            Defendant(s). | Case No.  3:14-cv-04343-JST<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND REMOVED ACTION**<br><br>Hearing Date:  December 11, 2014<br>Time:              2:00 p.m.<br>Location:        Courtroom 9, 19th Floor<br><br>Honorable Jon S. Tigar<br><br>(Removal of San Mateo Superior Court Case No. CIV 529829) |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION TO REMAND REMOVED ACTION

Case No. 3:14-cv-04343-JST

1  Now pending before the Court is Plaintiff's motion to remand pursuant to 28 USC §
2  1447.  After carefully considering all pleadings filed in support of, and opposition to, the motion and
3  the arguments of counsel, IT IS ORDERED as follows:
4  Plaintiff's Motion to Remand this matter to the San Mateo County Superior Court is
5  DENIED.
6  IT IS SO ORDERED.

9  DATED: _____, 2014

10  HONORABLE JON S. TIGAR
    UNITED STATES DISTRICT JUDGE

Firmwide:130145993.1 052664.1111

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION TO REMAND REMOVED ACTION     1.     Case No.  3:14-cv-04343-JST