Albert M. Kun, Esq. SB# 55820
381 Bush Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 362-4000
Facsimile: (415) 362-1305

Attorney for Plaintiff, HENRY TUKAY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY TUKAY,<br><br>　　　　Plaintiff<br><br>v.<br><br>UNITED CONTINENTAL HOLDINGS, INC., UNITED AIRLINES and DOES 1 TO 20, inclusive,<br><br>　　　　Defendants. | Case 3:14-CIV-04343 JST<br><br>**DECLARATION IN OPPOSITION TO MOTION TO DISMISS**<br><br>Date:　December 4, 2014<br>Time:　2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge:　Hon. Jon S. Tigar<br><br>Complaint Filed:　August 4, 2014<br>Trial Date:　　No date set. |

　　　I, ALBERT M. KUN, state as follows:

1. I am an attorney duly licensed by the State of California and I am the attorney for plaintiff in the within action.

2. Attached as Exhibit "A" is a true copy of the Order of the court vacating the Motion.

3. I had expected defendants to reset this Motion before Judge Tigar, and for that reason have filed no opposition before today.

4. Only when I received defendants' Opposition to the Motion to Remand did I notice that this motion was still on the calendar.

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on November 24, 2014.

San Francisco, California

October 27, 2014

_____
Albert M. Kun

Declaration in Opposition to Motion to Dismiss       2

Case No. 3:14-CIV-04343 JST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28