1  Albert M. Kun, Esq. SB# 55820
2  381 Bush Street, Suite 200
   San Francisco, CA 94104
3  Telephone: (415) 362-4000
   Facsimile: (415) 362-1305
4
5  Attorney for Plaintiff, HENRY TUKAY

6

7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION

10

11 HENRY TUKAY,                              ) Case 3:14-CIV-04343 JST
                                             )
12                                           ) **[PROPOSED] ORDER DENYING**
                    Plaintiff                ) **MOTION, OR CONTINUING**
13       v.                                  ) **HEARING**
                                             )
14 UNITED CONTINENTAL HOLDINGS, INC.,        ) Date:       December 4, 2014
15 UNITED AIRLINES and DOES 1 TO 20,         ) Time:       2:00 p.m.
   inclusive,                                ) Courtroom:  9, 19th Floor
16                  Defendants.              ) Judge:      Hon. Jon S. Tigar
                                             )
17                                           )
                                               Complaint Filed: August 4, 2014
18                                             Trial Date:      No date set.

19

20       GOOD CAUSE APPEARING, it is hereby ordered that defendant's Motion to Dismiss

21 be continued to _____. Plaintiff may further respond to the Motion

22 to_____.

23

24

25

26 Dated:                              _____
                                       JUDGE OF THE U.S. DISTRICT COURT
27

28

[Proposed] Order Denying Motion . . .        1              Case No. 3:14-CIV-04343 JST