UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY TUKAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED CONTINENTAL HOLDINGS, INC., et al.,<br><br>　　　　Defendants. | Case No.  14-cv-04343-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　The matter is currently scheduled for Initial Case Management Conference on January 7, 2015.  ECF No. 12.  The parties were ordered to file a Joint Case Management Statement in connection with that conference by December 22, 2014.  Id.  As of today's date, however, no statement has been filed.

　　　　Accordingly, the Case Management Conference currently scheduled for January 7, 2015 is CONTINUED to February 25, 2015.  The parties are ordered to file a Joint Case Management Statement by February 11, 2015.  In it, the parties should explain why they failed to comply with the December 22 deadline .

　　　　The parties are also advised that further similar failures will be the subject of an Order to Show Cause.

　　　　**IT IS SO ORDERED.**

Dated:  January 5, 2015

_____
JON S. TIGAR
United States District Judge