1  NANCY E. PRITIKIN, Bar No. 102392
   nepritikin@littler.com
2  NIMA RAHIMI, Bar No. 295173
   nrahimi@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street
4  20th Floor
   San Francisco, California  94108.2693
5  Telephone: 415.433.1940
   Facsimile: 415.399.8490
6
7  Attorneys for Defendant
   UNITED AIRLINES, INC.

8
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY TUKAY, | Case No.  3:14-cv-04343-JST |
| Plaintiff, | **DEFENDANT UNITED AIRLINES, INC.'S NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT** |
| v. | |
| UNITED AIRLINES, INC. and DOES 1 to 20, inclusive, | |
| Defendant(s). | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEFENDANT'S NON-OPPOSITION TO
PLAINTIFF'S MOTION TO AMEND COMPLAINT

Case No. 3:14-cv-04343-JST

Pursuant to the Civil Local Rules, Rule 7-3(b), Defendant United Airlines, Inc. ("Defendant") submits this Statement of Non-Opposition to Plaintiff Henry Tukay's ("Plaintiff") Motion to Amend Complaint.

Plaintiff's Motion incorrectly states, however, that Defendant refused to agree to the filing of his Amended Complaint. On January 13, 2015, Plaintiff requested Defendant sign a stipulation permitting Plaintiff to file a First Amended Complaint which included additional causes of action. In response, Defendant requested to review the proposed First Amended Complaint. The proposed First Amended Complaint was not provided to Defendant, however, until Plaintiff's Motion was filed on January 20, 2015. Notwithstanding the foregoing, Defendant does not oppose Plaintiff's Motion.

Dated: February 3, 2015             Respectfully submitted,

/s/ *Nima Rahimi*
NANCY E. PRITIKIN
NIMA RAHIMI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
UNITED AIRLINES, INC.

Firmwide:131483295.2 052664.1111

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S NON-OPPOSITION TO
PLAINTIFF'S MOTION TO AMEND COMPLAINT      1.            Case No. 3:14-cv-04343-JST