# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Henry Tukay

                   Plaintiff(s),

               v.

United Airlines, Inc. and Does 1-20,
inclusive,

                 Defendant(s).
_____/

CASE NO.  3:14-cv-04343-JST

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☑      have not yet reached an agreement to an ADR process

☐      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  February 25, 2015

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Nancy E. Pritikin | United Airlines, Inc. | 415-433-1940 | npritikin@littler.com |
| Nima Rahimi | United Airlines, Inc. | 415-433-1940 | nrahimi@littler.com |
| Albert M. Kun | Henry Tukay | 415-362-4000 | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of  the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/4/15

/s/ Albert M. Kun
Attorney for Plaintiff

Dated: 2/4/15

/s/ Nancy Pritikin
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

## SIGNATURE CERTIFICATION

Pursuant to Section 5-1(i)(3) of the Civil Local Rules, I hereby certify that the content of this document is acceptable to Plaintiff's counsel, Albert M. Kun, and that I have obtained Mr. Kun's authorization to affix his electronic signature to this document.

*s/ Nancy E. Pritikin*
Nancy E. Pritikin
Attorneys for Defendant
UNITED AIRLINES, INC.