1  NANCY E. PRITIKIN, Bar No. 102392
   nepritikin@littler.com
2  NIMA RAHIMI, Bar No. 295173
   nrahimi@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
4  San Francisco, California  94108.2693
   Telephone:    415.433.1940
5  Facsimile:    415.399.8490

6  Attorneys for Defendant
   UNITED AIRLINES, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  HENRY TUKAY,                          Case No. C-14-04343 JST

13          Plaintiff,                    **JOINT STIPULATION TO CONTINUE
                                          THE DATE FOR INITIAL DISCLOSURES**
14      v.

15  UNITED AIRLINES, INC.,
    DOES 1 TO 20,
16
            Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO CONTINUE THE DATE
FOR INITIAL DISCLOSURES**                    **Case No. C-14-04343 JST**

1    Pursuant to Federal Rule of Civil Procedure section 26(a)(1)(C), the parties stipulate

2  to continue the date for initial disclosures from February 16, 2015 to March 4, 2015.

3    IT IS SO STIPULATED.

4  Dated: February 11, 2015                    LITTLER MENDELSON, P.C.

5

6                                              /s/ NANCY E. PRITIKIN
                                               _____
7                                              NANCY E. PRITIKIN
                                               Attorneys for Defendant
8                                              UNITED AIRLINES, INC.

9

10 Dated: February 11, 2015                    LAW OFFICE OF ALBERT M. KUN

11

12                                             _____
                                               ALBERT M. KUN
13
                                               Attorney for Plaintiff
14                                             HENRY TUKAY

15

16

17 Firmwide:131652666.1 052664.1111

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO CONTINUE
THE DATE FOR INITIAL DISCLOSURES**                1.                **Case No. C-14-04343 JST**

1    Pursuant to Federal Rule of Civil Procedure section 26(a)(1)(C), the parties stipulate

2  to continue the date for initial disclosures from February 16, 2015 to March 4, 2015.

3        IT IS SO STIPULATED.

4  Dated: February 11, 2015                    LITTLER MENDELSON, P.C.

5

6                                              /s/ NANCY E. PRITIKIN
                                               NANCY E. PRITIKIN
7                                              Attorneys for Defendants
                                               UNITED CONTINENTAL HOLDINGS,
8                                              INC., UNITED AIRLINES, INC.

9

10  Dated: February 11, 2015                   LAW OFFICE OF ALBERT M. KUN

11
                                               _Albert M. Kun_
12
                                               ALBERT M. KUN
13
                                               Attorney for Plaintiff
14                                             HENRY TUKAY

15

16

17  Firmwide:131652666.1 052664.1111

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
4n Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE          1.                Case No. C-14-04343 JST
THE DATE FOR INITIAL DISCLOSURES