UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY TUKAY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED CONTINENTAL HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-04343-JST<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT**<br><br>Re: ECF No. 23 |

The Court is in receipt of Plaintiff Henry Tukay's motion for leave to file an Amended Complaint, ECF No. 23, and the attached proposed amended complaint. ECF No. 23-2. Following the filing of this motion, Defendant United Airlines submitted a statement of non-opposition. ECF No. 24. The Court therefore grants Plaintiff's motion for leave to file an amended complaint. Plaintiff is directed to file the Amended Complaint by February 23, 2015.

IT IS SO ORDERED.

Dated: February 13, 2015



JON S. TIGAR
United States District Judge