UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 25, 2015                                                        Judge: Jon S. Tigar

Time: 9 minutes

Case No.       **3:14-cv-04343-JST**
Case Name      **Henry Tukay v. United Airlines, Inc.**

Attorney for Plaintiff:        Albert M. Kun

Attorneys for Defendant:       Nancy E. Pritikin; Kyle Matarrese

Deputy Clerk: William Noble                                       Court Reporter: Not reported

PROCEEDINGS

Initial case management conference.

RESULT OF HEARING

The court set the following schedule:

| | |
|---|---|
| Fact discovery cut-off | August 28, 2015 |
| Expert disclosure | September 18, 2015 |
| Expert rebuttal | October 9, 2015 |
| Expert discovery cut-off | October 23, 2015 |
| Mediation deadline | October 23, 2015 |
| Dispositive motion filing date | November 13, 2015 |
| Further case management conference | November 10, 2015 at 2:00 p.m. |
| Pretrial statement | January 26, 2016 |
| Pretrial conference | February 5, 2016 at 2:00 p.m. in Oakland |
| Jury Trial | February 29, 2016 at 8:30 a.m. in San Francisco |

The Court will issue a scheduling order.