# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Tukay,<br><br>          Plaintiff(s),<br><br>     v.<br><br>United Airlines, Inc.,<br><br>          Defendant(s). | 14-04343 JST MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Barbara S. Bryant
> 1563 Solano Avenue
> Box 215
> Berkeley, CA 94707
> 510-558-0600
> bsbryant@pacbell.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
14-04343 JST MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: May 1, 2015

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

_____/s/_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
14-04343 JST MED                       - 2 -