ALBERT M. KUN, Bar No. 55820
albert_kun@hotmail.com
LAW OFFICE OF ALBERT M. KUN
381 Bush Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 362-4000
Facsimile: (415) 362-1305

Attorney for Plaintiff
HENRY TUKAY

NANCY E. PRITIKIN, Bar No. 102392
nepritikin@littler.com
KYLE K. MATARRESE, Bar No. 271689
kmatarrese@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY TUKAY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED AIRLINES, INC. and DOES 1 to 20, inclusive,<br><br>    Defendant. | Case No.  3:14-cv-04343-JST<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY**<br><br>**DEPT:**    Courtroom 9, 19th Floor<br>**JUDGE:**    Hon. Jon S. Tigar<br><br>**COMPLAINT FILED:**  August 4, 2014<br>**TRIAL DATE:**          February 29, 2016 |

Case No.  3:14-cv-04343-JST

[PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION TO COMPEL FURTHER RESPONSES

1  The Court has received the Joint Letter submitted by the parties describing the
2  parties' discovery dispute pursuant to its Standing Order.  The parties have requested that the Court
3  extend the deadline set by Local Rule 37-3 to file a motion to compel additional discovery
4  responses, which is currently set for September 4, 2015.

5  The Court, having read and considered all papers submitted, and good cause
6  appearing therefor:

7  IT IS HEREBY ORDERED that the parties' request to extend the deadline set by
8  Local Rule 37-3 is GRANTED.  The deadline to file a motion to compel further discovery responses
9  is extended to September 18, 2015.

11  **IT IS SO ORDERED.**

12  DATED:  September 4, 2015



17  Firmwide:135720956.1 052664.1111

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.   Case No.  3:14-cv-04343-JST
[PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION TO COMPEL FURTHER RESPONSES