UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY TUKAY,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED AIRLINES, INC.,<br><br>        Defendant. | Case No. 14-cv-04343-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 42 |

Before the Court is Defendant's motion to dismiss. ECF No. 42. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for September 17, 2015, is hereby vacated.

IT IS SO ORDERED.

Dated: September 4, 2015

_____
JON S. TIGAR
United States District Judge