UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY TUKAY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>    Defendant. | Case No. 14-cv-04343-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 54 |

Before the Court is Defendant's Motion for Summary Judgment. ECF No. 54. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 7, 2016, is hereby VACATED.

IT IS SO ORDERED.

Dated: December 16, 2015

JON S. TIGAR
United States District Judge