UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY TUKAY,

              Plaintiff,

    v.

UNITED AIRLINES, INC.,

              Defendant.

Case No. 14-cv-04343-JST

**ORDER FOR PROPOSED JUDGMENT**

Re: ECF No. 63

On January 19, 2016, the Court issued an order granting Defendant's Motion for Summary Judgment as to all claims. ECF No. 63. The Court hereby orders Defendant to provide Plaintiff with a form of proposed judgment by January 27, 2016. Plaintiff will then have five court days from the receipt of the proposed judgment to either approve it as to form or object to it. If Plaintiff approves the proposed judgment, Defendant shall file the proposed judgment with Plaintiff's counsel's signature, indicating Plaintiff's approval. If Plaintiff objects, Defendant shall file the proposed judgment along with Plaintiff's objections, which are not to exceed five pages. Defendant may also file a response to Plaintiff's objections, which response shall not exceed five pages. That filing is due five court days after Plaintiff's objections are due.

If Plaintiff neither approves the form of order nor serves objections on Defendant, the Court will sign the proposed judgment in the form provided by Defendant.

IT IS SO ORDERED.

Dated: January 20, 2016

                                  JON S. TIGAR

                          United States District Judge

United States District Court
Northern District of California